IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CV395 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR EXTENSION |
| | ) | OF TIME |
| MICHAEL MCMAHON | ) | |
| | ) | |
| Defendant(s). | ) | |

Upon the Plaintiff's Motion for an Extension of Time in which to file the Report of Parties' Rule 26(f) Planning Conference (filing number 6),

IT IS ORDERED that the Plaintiff's motion is granted. The Plaintiff is granted the additional thirty (30) days until March 23, 2012, in which to file the Report of Parties' Rule 26(f) Planning Conference.

DATED this 21st day of February, 2012

BY THE COURT:

s/ *Cheryl R. Zwart*
UNITED STATES MAGISTRATE JUDGE